**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Casey E. Sadler (#274241)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Attorneys for Plaintiff Phyllis Hull*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS HULL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QLOGIC CORPORATION, PRASAD L. RAMPALLI, and JEAN HU,<br><br>Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiff Phyllis Hull ("Plaintiff"), by and through her attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, her counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by QLOGIC CORPORATION ("QLogic" or the "Company"), with the United States Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by QLogic; and (c) review of other publicly available information concerning QLogic.

## NATURE OF THE ACTION AND OVERVIEW

1. This is a class action on behalf of purchasers of QLogic's securities between April 30, 2015 and July 30, 2015, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2. QLogic designs and supplies server and storage networking infrastructure products that provide, enhance, and manage computer data communication. These products facilitate the transfer of data and enable resource sharing between servers, networks, and storage. The Company's products are used in enterprise, managed service provider, consumer web, and cloud service provider data centers. The Company's products are based primarily on Fibre Channel and

Ethernet technologies and are used in connection with storage networks, local area networks, and converged networks.

3. On July 9, 2015, QLogic issued a press release announcing its preliminary first quarter fiscal year 2016 results. The Company preliminarily reported net revenue of approximately $113 million for the first quarter of fiscal 2016, compared to its previously forecasted range of $124 million to $132 million. QLogic revealed that the Company's financial results had been negatively impacted by lower than expected demand due to general weakness in the Company's traditional enterprise server and storage markets, and "a build-up of inventory at certain of its original equipment manufacturer ("OEM") customers due to a slower next-generation server transition in enterprise environments."

4. On this news, the company's shares fell $2.98 per share, over 21%, to close at $11.00 per share on July 9, 2015, on unusually heavy trading volume.

5. On July 30, 2015, after the market closed, QLogic issued a press release announcing its first quarter fiscal year 2016 financial results. The Company reported net income of $2.6 million, or $0.03 diluted earnings per share ("EPS"), and net revenue of $113.4 million for the first fiscal quarter of 2016 ended June 28, 2015. The Company further disclosed that its financial results had been adversely impacted by "operational issues including an inventory build-up primarily at a

major OEM customer." Furthermore, the Company announced that it planned to take actions over the next several months to reduce its operating costs.

6. On this news, the company's shares fell $2.51 per share, over 22%, to close at $8.87 per share on July 31, 2015, on unusually heavy trading volume.

7. Throughout the Class Period, Defendants made false and/or misleading statements regarding its business practices and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company was being adversely impacted by lower than expected demand due to weakness in its enterprise server and storage markets; (2) that the Company was being negatively impacted by operational issues including an inventory build-up at a major OEM customer; (3) that, as such, the Company's financial results were being negatively impacted; and (4) that, as such, the Company's statements about its business, operations, and prospects lacked a reasonable basis.

8. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

9. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

10. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

11. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the preparation and dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. Additionally, QLogic's principal executive offices are located within this Judicial District.

12. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## **PARTIES**

13. Plaintiff Phyllis Hull, as set forth in the accompanying certification, incorporated by reference herein, purchased or otherwise acquired QLogic's common stock during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

14. Defendant QLogic is a Delaware corporation with its principal executive offices located at 26650 Aliso Viejo Parkway, Aliso Viejo, California 92656.

15. Defendant Prasad L. Rampalli ("Rampalli") was, at all relevant times, Chief Executive Officer ("CEO") and a director of QLogic.

16. Defendant Jean Hu ("Hu") was, at all relevant times, Chief Financial Officer ("CFO") of QLogic.

17. Defendants Rampalli and Hu are collectively referred to hereinafter as the "Individual Defendants." The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of QLogic's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the

false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## SUBSTANTIVE ALLEGATIONS

### Background

18. QLogic designs and supplies server and storage networking infrastructure products that provide, enhance, and manage computer data communication. These products facilitate the transfer of data and enable resource sharing between servers, networks, and storage. The Company's products are used in enterprise, managed service provider, consumer web, and cloud service provider data centers. The Company's products are based primarily on Fibre Channel and Ethernet technologies and are used in connection with storage networks, local area networks, and converged networks.

### Materially False and Misleading Statements Issued During the Class Period

19. The Class Period begins on April 30, 2015. On that day, the Company issued a press release entitled, "QLogic Reports Fourth Quarter and Fiscal Year 2015 Results." Therein, the Company, in relevant part, stated:

> **Annual revenue grows 13%; Non-GAAP EPS up 17%**
>
> QLogic Corp. (Nasdaq:QLGC), a leading supplier of high performance network infrastructure solutions, today announced its financial results for the fourth quarter and fiscal year ended March 29, 2015.

**Fourth Quarter Highlights**

- Net revenue: $133.0 million
- GAAP net income: $11.1 million or $0.13 per diluted share
- Non-GAAP net income: $24.9 million or $0.28 per diluted share
- Cash and marketable securities: $316.4 million as of March 29, 2015
- Cash generated from operations: $45.2 million

**Fiscal Year Highlights**

- Net revenue: $520.2 million
- GAAP net income: $50.6 million or $0.57 per diluted share
- Non-GAAP net income: $97.0 million or $1.10 per diluted share
- GAAP operating income: $54.4 million
- Non-GAAP operating income: $106.8 million
- Operating margin: 10.5% GAAP, 20.5% non-GAAP

Net revenue for the fourth quarter of fiscal 2015 was $133.0 million and increased 15% from $115.7 million in the same quarter last year. Revenue from Advanced Connectivity Platforms was $120.7 million during the fourth quarter of fiscal 2015 and increased 19% from $101.1 million in the same quarter last year.

Net income on a GAAP basis for the fourth quarter of fiscal 2015 increased to $11.1 million, or $0.13 per diluted share, from a net loss of $46.8 million, or $0.54 per diluted share, for the fourth quarter of fiscal 2014. Net income on a non-GAAP basis for the fourth quarter of fiscal 2015 increased 20% to $24.9 million, or $0.28 per diluted share, from $20.8 million, or $0.24 per diluted share, for the fourth quarter of fiscal 2014.

Net revenue for fiscal 2015 was $520.2 million and increased 13% from $460.9 million in fiscal 2014. Revenue from Advanced Connectivity Platforms was $465.0 million during fiscal 2015 and increased 20% from $386.7 million in fiscal 2014. Net income on a GAAP basis for fiscal 2015 increased to $50.6 million, or $0.57 per diluted share, from a net loss of $18.3 million, or $0.21 per diluted share, in fiscal 2014. Net income on a non-GAAP basis for fiscal 2015 increased to $97.0 million, or $1.10 per diluted share, from $82.8 million, or $0.94 per diluted share, in fiscal 2014.

> "I am very pleased with our achievements during the fourth quarter and for the full year of fiscal 2015. We accomplished a great deal, including expansion of our market share position for both our Fibre Channel and Ethernet products[1]. In addition, during fiscal 2015, we were the first to sample the next generation 25/40/50/100Gb Ethernet controllers to customers that serve the enterprise and Cloud markets," said Prasad Rampalli, president and chief executive officer, QLogic. "From a financial perspective, our revenue during fiscal 2015 increased by 13% over fiscal 2014 and our operating income and earnings per share expanded at even higher growth rates. Our focus on server and storage connectivity provides us excellent leverage from both a product development and customer engagement standpoint. I believe that as we continue to execute on our strategy, we are well positioned to deliver on our top and bottom line growth plans in the coming year."

20. On May 26, 2015, QLogic filed its Annual Report with the SEC on Form 10-K for the 2015 fiscal year. The Company's Form 10-K was signed by Defendants Rampalli and Hu, and reaffirmed the Company's statements previously announced on April 30, 2015.

21. The statements contained in ¶¶19-20 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company was being adversely impacted by lower than expected demand due to weakness in its enterprise server and storage markets; (2) that the Company was being negatively impacted by operational issues including an inventory build-up at a major OEM customer; (3) that, as such, the Company's financial results were being negatively impacted; and (4) that, as such, the

Company's statements about its business, operations, and prospects lacked a reasonable basis.

**Disclosures at the End of the Class Period**

22. On July 9, 2015, QLogic issued a press release entitled, "QLogic Announces Preliminary First Quarter Results For Fiscal Year 2016." Therein, the Company, in relevant part, stated:

> QLogic Corp. (Nasdaq:QLGC), a leading supplier of high performance network infrastructure solutions, today announced preliminary results for its first quarter ended June 28, 2015.
>
> QLogic expects to report net revenue of approximately $113 million for the first quarter of fiscal 2016, compared to the previously-forecasted range of $124 million to $132 million. The preliminary results reflect lower than expected demand due to general weakness in the Company's traditional enterprise server and storage markets, and a build-up of inventory at certain of its OEM customers due to a slower next-generation server transition in enterprise environments.
>
> "We are disappointed with the level of business activity during the quarter," said Prasad Rampalli, president and chief executive officer, QLogic. "We will work through these headwinds, leveraging our technologies and solutions to expand our addressable market opportunities. We believe QLogic is well positioned to capitalize on these opportunities in the data center. We will provide more details on our first quarter results during our earnings call on July 30th."
>
> The Company anticipates reporting GAAP net income per diluted share for the first quarter of fiscal 2016 in the range of $0.00 to $0.01. On a non-GAAP basis, the Company expects to report net income per diluted share in the range of $0.16 to $0.17, compared to the previously-forecasted range of $0.23 to $0.27 per diluted share. The non-GAAP net income per diluted share amount excludes stock-based compensation, amortization of acquisition-related intangible assets, other charges, and income tax adjustments.

> The preliminary results of operations for the first quarter of fiscal 2016 represent the most current information available to management. The Company's actual results may differ from these preliminary results due to the completion of the Company's financial closing procedures, final adjustments and other developments that may arise between the date of this press release and the time that financial results for the first quarter of fiscal 2016 are finalized.

23. On this news, the company's shares fell $2.98 per share, over 21%, to close at $11.00 per share on July 9, 2015, on unusually heavy trading volume.

24. On July 30, 2015, after the market closed, QLogic issued a press release entitled, "QLogic Reports First Quarter Results for Fiscal Year 2016." Therein, the Company, in relevant part, stated:

> QLogic Corp. (Nasdaq:QLGC), a leading supplier of high performance network infrastructure solutions, today announced its first quarter financial results for the period ended June 28, 2015.
>
> Net revenue for the first quarter of fiscal 2016 was $113.4 million compared to $119.4 million in the same quarter last year. Revenue from Advanced Connectivity Platforms was $102.6 million during the first quarter of fiscal 2016 compared to $104.7 million in the same quarter last year.
>
> Net income on a GAAP basis for the first quarter of fiscal 2016 was $2.6 million, or $0.03 per diluted share, compared to $6.0 million, or $0.07 per diluted share, for the first quarter of fiscal 2015. Net income on a non-GAAP basis for the first quarter of fiscal 2016 was $16.5 million, or $0.19 per diluted share, compared to $18.5 million, or $0.21 per diluted share, for the first quarter of fiscal 2015.
>
> "We are disappointed with our first quarter financial performance. Our first quarter results were adversely impacted by lower than expected demand due to weakness in our traditional enterprise server and storage markets, and operational issues including an inventory build-up primarily at a major OEM customer that was not identified

> on a timely basis," said Prasad Rampalli, president and chief executive officer, QLogic. "We have taken actions to address these execution areas where we fell short and also plan to take actions over the next few months to reduce our operating costs by streamlining our business and prioritizing our investments. We remain committed to our strategy and will continue to focus on our core and expansion markets to deliver long-term growth and enhance shareholder value."

25. On this news, the company's shares fell $2.51 per share, over 22%, to close at $8.87 per share on July 31, 2015, on unusually heavy trading volume.

## CLASS ACTION ALLEGATIONS

26. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all those who purchased or otherwise acquired QLogic's securities between April 30, 2015 and July 30, 2015, inclusive and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

27. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, QLogic's securities were actively traded on the Nasdaq Stock Market ("NASDAQ"). While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are

hundreds or thousands of members in the proposed Class. Millions of QLogic shares were traded publicly during the Class Period on the NASDAQ. As of May 15, 2015, QLogic had 87,259,000 shares of common stock outstanding. Record owners and other members of the Class may be identified from records maintained by QLogic or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

28. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

29. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

30. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b) whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of QLogic; and

(c) to what extent the members of the Class have sustained damages and the proper measure of damages.

31. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

32. The market for QLogic's securities was open, well-developed and efficient at all relevant times. As a result of these materially false and/or misleading statements, and/or failures to disclose, QLogic's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired QLogic's securities relying upon the integrity of the market price of the Company's securities and market information relating to QLogic, and have been damaged thereby.

33. During the Class Period, Defendants materially misled the investing public, thereby inflating the price of QLogic's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. Said statements and omissions were materially false and/or misleading in that they failed to disclose material adverse information and/or misrepresented the truth about QLogic's business, operations, and prospects as alleged herein.

34. At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about QLogic's financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein.

## LOSS CAUSATION

35. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

36. During the Class Period, Plaintiff and the Class purchased QLogic's securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

37. As alleged herein, Defendants acted with scienter in that Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, Defendants, by virtue of their receipt of information reflecting the true facts regarding QLogic, his/her control over, and/or receipt and/or modification of QLogic's allegedly materially misleading misstatements and/or their associations with the Company which made

them privy to confidential proprietary information concerning QLogic, participated in the fraudulent scheme alleged herein.

**APPLICABILITY OF PRESUMPTION OF RELIANCE**
**(FRAUD-ON-THE-MARKET DOCTRINE)**

38. The market for QLogic's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, QLogic's securities traded at artificially inflated prices during the Class Period. On June 3, 2015, the Company's stock closed at a Class Period high of $15.89 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of QLogic's securities and market information relating to QLogic, and have been damaged thereby.

39. During the Class Period, the artificial inflation of QLogic's stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about QLogic's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of QLogic and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed,

negatively affected the value of the Company stock. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

40. At all relevant times, the market for QLogic's securities was an efficient market for the following reasons, among others:

(a) QLogic stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b) as a regulated issuer, QLogic filed periodic public reports with the SEC and/or the NASDAQ;

(c) QLogic regularly communicated with public investors *via* established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d) QLogic was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

41. As a result of the foregoing, the market for QLogic's securities promptly digested current information regarding QLogic from all publicly available sources and reflected such information in QLogic's stock price. Under these circumstances, all purchasers of QLogic's securities during the Class Period suffered similar injury through their purchase of QLogic's securities at artificially inflated prices and a presumption of reliance applies.

## NO SAFE HARBOR

42. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the

forward-looking statement was authorized or approved by an executive officer of QLogic who knew that the statement was false when made.

**<u>FIRST CLAIM</u>**
**Violation of Section 10(b) of**
**The Exchange Act and Rule 10b-5**
**<u>Promulgated Thereunder Against All Defendants</u>**

43. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

44. During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase QLogic's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

45. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for QLogic's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the

wrongful and illegal conduct charged herein or as controlling persons as alleged below.

46. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about QLogic's financial well-being and prospects, as specified herein.

47. These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of QLogic's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about QLogic and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

48. Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and

members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

49. The defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing QLogic's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period,

Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

50. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of QLogic's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired QLogic's securities during the Class Period at artificially high prices and were damaged thereby.

51. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that QLogic was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have

purchased or otherwise acquired their QLogic securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

52. By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

53. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

**SECOND CLAIM**
**Violation of Section 20(a) of**
**The Exchange Act Against the Individual Defendants**

54. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

55. The Individual Defendants acted as controlling persons of QLogic within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the

decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

56. In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

57. As set forth above, QLogic and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a) determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

Dated: September 28, 2015 **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Robert V. Prongay*

Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Phyllis Hull*

# SWORN CERTIFICATION OF PLAINTIFF

QLogic Corporation, **SECURITIES LITIGATION**

I, Phyllis Hull, certify:

1. I have reviewed the complaint and authorized its filing.
2. I did not purchase QLogic Corporation, the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.
3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.
4. My transactions in QLogic Corporation, during the class period set forth in the Complaint are as follows:

   See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:
6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

___☐ Check here if you are a current employee or former employee of the defendant Company.

I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: Aug 13 2015 ______________________

Phyllis J Hull
(Please Sign Your Name Above)

**Phyllis Hull's Transactions in QLogic Corporation (QLGC)**

| Date | Transaction Type | Shares | Unit Price |
|---|---|---|---|
| 5/7/2015 | Bought | 50 | $14.9400 |