# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Phyllis Hull | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:15-cv-07617 |
| v. | |
| QLogic Corporation et al | **NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |
| DEFENDANT(S). | |

To:     All Counsel Appearing of Record

☐ Due to clerical error, this case was improperly assigned to the ☐ Western ☐ Southern ☐ Eastern Division of this District. Pursuant to General Order ☐ 98-3 ☐ 02-06, this case is hereby transferred to the ☐ Western ☐ Southern ☐ Eastern Division for all further proceedings.

☒ Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the ☐ Western ☒ Southern ☐ Eastern Division.

This case has been reassigned to case number __8:15-cv-01560__ and has been ☒ assigned ☐ reassigned to Judge __Andrew J. Guilford__ for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby ☒ assigned ☐ reassigned to Magistrate Judge __Suzanne H. Segal__ for:

☒ any discovery and/or post-judgment matters that may be referred.

☐ for all proceedings in accordance with General Order 05-07.

All documents filed in this case must reflect the new case number and newly assigned Judge/Magistrate Judge initials so that the new case number will read: __8:15-cv-01560 AJG (SSx)__. This is very important because any documents presented to the Clerk for filing in paper format are routed by the initials.

Clerk, U.S. District Court

By: /s/ Jenny Lam (Jenny_Lam@cacd.uscourts.gov)
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Intake Coordinator; Statistics Clerk*